**Brenda D. LEWIS, M.A.S., J.D.; William L. Flowers, Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION, a Delaware Corporation, Defendant–Appellee.**

No. 06–1354.

United States Court of Appeals, Fourth Circuit.

Submitted: March 9, 2007.

Decided: March 29, 2007.

Brenda D. Lewis, William L. Flowers, Appellants Pro Se. Richard L. Farley, Christopher Allen Hicks, Katten, Muchin & Rosenman, LLP, Charlotte, North Carolina; Timothy L. Boller, William O. Ferron, Jr., Seed Intellectual Property Law Group, PLLC, Seattle, Washington, for Appellee.

Before MICHAEL, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda D. Lewis, M.A.S., J.D., and William L. Flowers, Jr., appeal the district court's order granting Microsoft Corporation's motions for summary judgment and to dismiss, and denying relief in their civil action in which they alleged various claims concerning trademark infringement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. Microsoft Corp.*, 410 F.Supp.2d 432 (E.D.N.C.2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*